IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>RAYMOND E. MCGAUGH,<br><br>           Defendant. | 8:22–CR–4<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND DENYING MOTION TO REDUCE SENTENCE** |

      This matter is before the Court on the *pro se* Motion to Reduce Sentence filed by Defendant Raymond E. McGaugh, Filing 56, and the Motion to Withdraw filed by Assistant Federal Public Defender, Yvonne Sosa. Filing 58. After the Defendant filed his Motion to Reduce Sentence, the Office of the Federal Public Defender was appointed to represent him pursuant to General Order No. 2023-09. Filing 57. The purpose of this appointment was to determine whether the Defendant qualified "for relief pursuant to either the 2023 U.S. Sentencing Guidelines amendments of U.S.S.G. § 1B1.13 or U.S.S.G. § 1B1.10 providing for the retroactive application of Amendment 821[.]" Filing 57 at 1. Ms. Sosa has moved to withdraw as counsel because "the Defendant was not assessed any 'status criminal history points' in the Presentence Investigation Report and therefore no sentence reduction on this basis is allowed." Filing 58 at 1. The United States Probation Office also submitted a worksheet in this case which states that the Defendant is not entitled to a reduction. Filing 59 at 2.

      The Court has conducted its own review of the Defendant's *pro se* Motion along with other relevant matters in the record. The Court concludes that the Defendant is not entitled to the sentencing relief he seeks. His *pro se* Motion is without merit and will be denied. The Court likewise concludes that Ms. Sosa's Motion to Withdraw should be granted for the reasons she set forth in her Motion. Accordingly,

1

2

IT IS ORDERED:

1. Assistant Federal Public Defender Yvonne Sosa's Motion to Withdraw, Filing 58, is granted; and

2. Raymond E. McGaugh's *pro se* Motion to Reduce Sentence, Filing 56, is denied.

Dated this 4th day of April, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge